JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILBERT PALMER, SR.,

      Plaintiff,

   v.

HUHTAMAKI, INC.,

      Defendant.

No.  CV 11-7396 PA (Ex)

JUDGMENT

In accordance with the Court's June 04, 2012 Order granting the Motion for Summary Judgment filed by defendant Huhtamaki, Inc. ("Defendant") as to the claims asserted by plaintiff Gilbert Palmer, Sr. ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant shall have judgment entered in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant take nothing and that Plaintiff shall recover its costs of suit.

DATED: June 04, 2012

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE